### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| CARTER B. EDGE, | :: | |
|     Plaintiff, | :: | CIVIL ACTION NO. |
| | :: | 1:21-cv-04783-TWT-RGV |
| v. | :: | |
| | :: | |
| NORTH AMERICAN ELECTRIC | :: | |
| RELIABILITY CORPORATION, | :: | |
|     Defendant. | :: | |

### ORDER

Pending before the Court is a "Joint Motion to Stay Proceedings Pending Mediation," [Doc. 8], in which the parties have requested the Court enter an order staying all further proceedings and associated deadlines in this action pending the outcome of mediation, and for good cause shown, the motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that discovery and all pending deadlines are stayed until April 12, 2022.  The parties are directed to report to the undersigned the outcome of the mediation within seven (7) days of its completion.  If the case is not resolved, the stay will automatically be lifted, and defendant's responsive pleading shall be filed within fourteen (14) days after the conclusion of the mediation but not later than April 26, 2022.

**IT IS SO ORDERED**, this 11th day of February, 2022.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE